1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   GREG LOWDER
3  Chief, Major Crimes Section

4  ACADIA SENESE (CABN 251287)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:(415) 436-6809
7      Fax: (415) 436-7234
       Email: acadia.senese@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,    ) CR No. 10-0534 BZ
                                  )
14 |         Plaintiff,            )
                                  ) STIPULATION AND [PROPOSED]
15 |     v.                        ) ORDER EXCLUDING TIME UNDER THE
                                  ) SPEEDY TRIAL ACT FROM
16 | FAEDA AKLILU YEMANE,         ) SEPTEMBER 23, 2010 TO SEPTEMBER
                                  ) 14, 2011.
17 |                              )
             Defendant.           )
18 |_____)

19
       On September 23, 2010, the parties in this case appeared before the Honorable Bernard
20
   Zimmerman for a status hearing in which the Government and Defendant's counsel agreed to
21
   pre-trial diversion for a period of one year. At that time, the parties stipulated that time should be
22
   excluded from September 23, 2010 to September 14, 2011, for a one-year period of pre-trial
23
   diversion. See 18 U.S.C. § 3161(h)(2).
24
   //
25
   //
26

27

28


Stipulation and [Proposed] Order
CR No. 10-0534 BZ                          1

1   The parties also agreed that the ends of justice served by granting such a continuance
2   outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. §
3   3161(h)(7)(A).

5   IT IS SO STIPULATED:

6                                           MELINDA HAAG
                                            United States Attorney

8   DATED:   October 19, 2010               /s/
                                            ACADIA SENESE
9                                           Special Assistant United States Attorney

11  DATED:   October 6, 2010                /s/
                                            GEORGE C. BOISSEAU
12                                          Attorney for Faeda Aklilu Yemane

14      IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from
15  September 23, 2010 to September 14, 2011, under 18 U.S.C. § 3161(h)(2) and 18 U.S.C. §
16  3161(h)(7)(A).

18  IT IS SO ORDERED.

20  DATED: 3 N/r 2010

                                            THE HON. BERNARD ZIMMERMAN
                                            United States Magistrate Judge