1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | ACADIA L. SENESE (CABN 251287)
Special Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-7200

7 | Fax: (415) 436-7234
Email: Acadia.Senese@usdoj.gov

8
Attorneys for Plaintiff

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0534 BZ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION AND [PROPOSED] ORDER** |
| v. | ) | **TO DISMISS INFORMATION** |
| | ) | |
| FAEDA AKILU YEMANE, | ) | |
| ANJENETTE FAYE COATS, and | ) | |
| BERNIECE BEATRICE BREWSTER-HARDY | ) | |
| | ) | |
| Defendants. | | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information with prejudice as to the defendant Faeda Akilu Yemane. The government has

///

///

///

///

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ

been informed by United States Pretrial Services Officer Kenneth Gibson that the defendant Faeda Akilu Yemane has successfully completed pretrial diversion.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: 2/24/12

/s/
ACADIA L. SENESE
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 1 March 12

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ                                2

```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  ACADIA L. SENESE (CABN 251287)
    Special Assistant United States Attorney
 5
        450 Golden Gate Avenue, 11th Floor
 6      San Francisco, California 94102
        Telephone: (415) 436-7200
 7      Fax: (415) 436-7234
        Email: Acadia.Senese@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-0534 BZ |
|---|---|
| Plaintiff, | ) |
|  | ) **MOTION AND [PROPOSED] ORDER** |
| v. | ) **TO DISMISS INFORMATION** |
|  | ) |
| FAEDA AKILU YEMANE, ANJENETTE FAYE COATS, and BERNIECE BEATRICE BREWSTER-HARDY | ) ) ) ) |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information with prejudice as to the defendant Faeda Akilu Yemane. The government has

///
///
///
///

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ

been informed by United States Pretrial Services Officer Kenneth Gibson that the defendant Faeda Akilu Yemane has successfully completed pretrial diversion.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated:   2/24/12                             /s/
ACADIA L. SENESE
Special Assistant United States Attorney

The Court hereby grants leave to dismiss the above Information with prejudice.

Dated: 1 March 12

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 10-0534 BZ                              2